## MARTIN *v.* HUNTER.

LUMPKIN, J. There was no abuse of discretion in granting an injunction in this case.   *Judgment affirmed. All the Justices concur.*

Submitted May 28,—Decided August 14, 1907.

Injunction. Before Judge Parker. Ware superior court. February 6, 1907.

*Wilson, Bennett & Lambdin* and *Walter T. Dickerson,* for plaintiff in error. *S. C. Townsend,* contra.